UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NAYOUNG KWON,<br>of Los Angeles, County of Los Angeles, State of California,<br>       Plaintiff<br><br>VS.<br><br>ALAN M. MORLANG,<br>of Argyle, County of Washington, State of New York,<br>       Defendant | Case No.: _____ |

### COMPLAINT FOR A CIVIL CASE

Plaintiff Nayoung Kwon seeks compensatory damages from Defendant Alan M. Morlang in accordance with the Federal Tort Claims Act, 28 U.S.C. § 1332, for injuries the Plaintiff sustained on October 15, 2023 when she was a passenger in a vehicle struck by the Defendant.

### PARTIES

1. Plaintiff, Nayoung Kwon, is a resident of Los Angeles, County of Los Angeles, State of California.

2. Defendant, Alan M. Morlang, is a resident of Argyle, County of Washington, State of New York.

### JURISDICTION AND VENUE

3. Jurisdiction exists because there is diversity of citizenship, the case is worth more than $75,000 per 28 U.S.C. § 1332, and the event happened in the State of Maine.

### FACTS

4. On or about October 15, 2023, at approximately 8:45 am, Plaintiff Nayoung Kwon was the passenger of a 2023 Kia.  Said vehicle was moving in a northerly direction on a public way known as Paradise Hill Road in Bar Harbor, County of Hancock, State of Maine.

5. On said date, Defendant Alan M. Morlang was operating a 2008 Toyota which was moving in a southerly direction on Paradise Hill Road in Bar Harbor, County of Hancock, State of Maine.

## **COUNT I**

6. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 5 and incorporates the same herein by reference.

7. At aforementioned time and place Defendant owed to Plaintiff the duty to use care to operate said motor vehicle in such a way as to avoid causing collisions.

8. At aforementioned time and place, Defendant, being unmindful of his duty aforesaid did negligently and carelessly drive and operate his motor vehicle such a manner that he caused it to collide with the vehicle the Plaintiff was traveling in.

9. Defendant was further negligent at said time and place in that:

   a. he failed to see the vehicle in which the Plaintiff was traveling, although by exercise of due care he could have seen said vehicle in time to avoid striking it;
   a. he failed to yield the right of way to the vehicle the Plaintiff was traveling in;
   c. he was inattentive in operating said motor vehicle.

10. As a direct and proximate result of the negligence of the Defendant aforesaid, the Defendant's motor vehicle struck the vehicle occupied by the Plaintiff, as a result of which Plaintiff received great injuries of mind and body.

11. Said injuries caused great pain and suffering and mental anguish to Plaintiff and required hospitalization and medical treatment for which Plaintiff is liable financially, have caused Plaintiff to lose wages and prevented her from performing her usual employment, resulting in an impaired earning capacity, and have caused her loss of enjoyment of life, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

WHEREFORE, Plaintiff Nayoung Kwon prays for compensatory damages that are reasonable against Defendant Alan M. Morlang, plus interest and costs, and such other relief as the Court may deem just and proper. The compensatory damages sought are at least $950,000 and at least that is being demanded.

DATED at Lewiston, Maine, this __19__ day of December, 2025.

                                       _/s/ Sheldon J. Tepler, Esq._
                                       Sheldon J. Tepler, Esq.
                                       Bar No.:  2837
                                       Attorney for Plaintiff
                                       Hardy Wolf & Downing, PA
                                       PO Box 3065
                                       Lewiston, Maine 04243-3065
                                       207-784-1589
                                       email:  stepler@hardywolf.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on ___*December 19, 2025*___, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached service-list in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or some other authorized manner for those counsel or parties who were not authorized to receive notices of electronic filing.

DATED at Lewiston, Maine, this _*19*_ day of December, 2025.

                                                   _*/s/ Sheldon J. Tepler, Esq.*_
                                                   Sheldon J. Tepler, Esq. | Bar No.: 2837